101 A.3d 99

**Maurice EVERETT, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, et al., Respondent.**

**No. 115 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 29, 2014.

## *ORDER*

**PER CURIAM.**

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**